**SO ORDERED.**

**SIGNED this 21 day of July, 2005.**

_____
LARRY E. KELLY
UNITED STATES CHIEF BANKRUPTCY JUDGE

_____

**United States Bankruptcy Court For The Western District Of Texas /Waco Division**

| | |
|---|---|
| RAY HENDREN, CHAPTER 13 TRUSTEE<br>101 East 9th Street<br>Suite 1200<br>Austin, TX 78701-2402 | Case Number 04-62831 LK     Chapter 13 |
| IN RE: **JAY WALTON PRUETT**<br>     **2723 W. BIG ELM**<br>     **TROY TX 76579** | **ORDER CONFIRMING THE PLAN AND VALUING CLAIMS TO BE PAID** |
| Debtor's SSN:    XXX-XX-5028 | JAMES O CURE<br>2584 BLUE MEADOW DR<br>TEMPLE TX 76502 |

## ORDER CONFIRMING THE PLAN AND VALUING CLAIMS TO BE PAID

    It having been determined after Motion and Hearing that the Plan or, if applicable, the Amended Plan filed by the debtor(s) on January 5, 2005 complies with the provisions of Chapter 13 (11 U.S.C. Sec 1301, et seq), and with all other applicable provisions of Title 11 of the United States Code; and that all fees and charges to be paid before confirmation have been paid, this Court concludes that the Plan should be confirmed, therefore,

    **IT IS ORDERED THAT:**

    1. The plan be and it hereby is confirmed. Unless otherwise provided for in this Order said plan is to continue for no less than 58 months or until $27,550.00 is paid. However, if the Plan calls for payment of 100% of the outstanding unsecured debt, it shall continue for the greater of the number of months called for in the Plan or the period of time necessary to pay the total amount of payments directed in the Plan. In no event shall the duration of the plan exceed sixty (60) months.

    2. Beginning thirty (30) days after the filing of the original Plan, and on the 5th day of each month thereafter until further order, the debtor(s) shall pay to the Trustee, Ray Hendren, Chapter 13 Trustee, P.O. Box 807, San Antonio TX 78293-0807, the sum of $475.00 for 58 months or until $27,550.00 is paid into the plan.

Case # 04-62831 LK

However, should the Debtor(s) become more than sixty (60) days delinquent in making such Plan payments to the Chapter 13 Trustee, then upon certification of such delinquency by the Chapter 13 Trustee, this case will be dismissed without further notice or hearing. Further, this Order is without prejudice to the right of any party to request an employer pay order at a subsequent date.

3. The Debtor(s) have agreed that the Plan of this proceeding shall require that all of the disposable income of the debtor(s) shall be submitted to the payment of creditors of this estate from the beginning date of the first payment until the Plan may be terminated, and that they will provide such information as may be requested by the Standing Trustee to exhibit the disposable income.

4. The Debtor(s) represent that, as of the date of the confirmation hearing, they will be current on all post-petition direct payments; and if they are not, they will not ask for confirmation; and that confirmation will preclude any right the debtor(s) may otherwise have to later seek a modification of the plan to deal with any pre-confirmation defaults on direct payments.

5. In addition, all secured creditors shall retain their liens to the extent that they are not avoided or modified by specific Court Order.

6. The claims which have been recited on the Trustee's Exhibit of Claims to be Paid and Valuation of Collateral are deemed allowed and are valued for distribution pursuant to this Order Confirming the debtor's(s') plan and other Orders of this Court.

Pursuant to Bankruptcy Rule 3002, claims not filed by the deadline to file proofs of claim shall be deemed disallowed and will not be paid by the Trustee except as otherwise allowed in this Order Confirming the Plan or other Order entered by the Court.

7. Notwithstanding 11 U.S.C. Sec 347 Unclaimed Property, a claim previously allowed may be disallowed pursuant to 11 U.S.C. Sec 502 for failure to maintain a current address with the United States Bankruptcy Clerk or negotiate Chapter 13 Trustee checks within the time limit specified on the check. Funds previously allocated by the plan for such disallowed claims will be paid to other allowed claims pursuant to the debtor's(s') Plan.

8. This Plan provides for concurrent payments to unsecured creditors, if applicable. The amount of the concurrent payments is based on the claims as allowed by the Order. Concurrent payments may be adjusted at any time by the Trustee without notice to parties based on administrative needs.

**ORDER ON MOTIONS TO VALUE AND OBJECTIONS TO CLAIMS**

| Claim No. | Claimant | Disposition | Date Order Entered | Claim Type | Value / Claim | Int. |
|---|---|---|---|---|---|---|
| | | | | | | |

**Confirmation Recommended by:**

/s/ Ray Hendren

_____
**RAY HENDREN CH13 TRUSTEE**
**101 E 9TH STREET**           Austin (512) 474-6309
**SUITE 1200**                 Waco (254) 755-0277
**AUSTIN TX 78701-2402**       Killeen (254) 634-1651

**United States Bankruptcy Court For The Western District Of Texas/Waco Division**

IN RE: **JAY WALTON PRUETT**
**2723 W. BIG ELM**
**TROY TX 76579**

Case Number: 04-62831 LK
Chapter 13

Debtor's SSN: XXX-XX-5028     Codebtor's SSN:

## TRUSTEE'S EXHIBIT OF CLAIMS TO BE PAID AND VALUATION OF COLLATERAL
(Attachment to Order Confirming Plan for Cases Filed After October, 1991)

TO: DEBTOR(S) AND DEBTOR'S(S') ATTORNEY:

NOTICE IS HEREBY GIVEN of claims allowed and valued or claims "not filed" with the Trustee by the creditor named below in the amount set forth below, and of the intention of Ray Hendren, Chapter 13 Trustee, to pay the FILED claims, as classified.

| Claim No. | Creditor Name and Address | Creditor No. | Account No. / Classification / Comment | Amount | Per Mo | Interest % |
|---|---|---|---|---|---|---|
|  | JAMES O CURE<br>2584 BLUE MEADOW DR<br>TEMPLE TX |  | Classification: ATTORNEY | 1800.00 | .00 | .00% |
| 0016 | ASCENSION CAP/THE RAMSEY LAW<br>PO BOX 201347<br>ATTN: CAPITAL ONE DEPT<br>ARLINGTON TX 76006 | 203324 | 0061373470<br>Classification: NOTICE ONLY<br>Comment: COMPASS BANK | .00 | .00 | .00% |
| 0012 | ATTORNEY GENERAL OF THE US<br>MAIN JUSTICE BLDG ROOM 5111<br>10TH & CONSTITUTION AVE NW<br>WASHINGTON DC 20530 | 536664 | Classification: NOTICE ONLY<br>Comment: | .00 | .00 | .00% |
| 0010 | ATTY GEN OFF/CHILD SUPPORT DIV<br>PO BOX 659791<br>SAN ANTONIO TX 78265-9941 | 990505 | AG 0010357699<br>Classification: PAY DIRECT W/DBTR AS DIRECT PAY<br>Comment: CHILD SUPPORT/NOSCHA | 372.00 | .00 | .00% |
| 0001 | BELL COUNTY TAX APPRAISAL DIST<br>PO BOX 390<br>BELTON TX 76513 | 019542 | 95429<br>Classification: SECURED NOT FILED<br>Comment: 00-04 TAXES | .00 | .00 | .00% |
| 0008 | BELL COUNTY TAX APPRAISAL DIST<br>PO BOX 390<br>BELTON TX 76513 | 019542 | Classification: PAY DIRECT W/DBTR AS DIRECT PAY<br>Comment: 2005 TAXES | .00 | .00 | .00% |
| 0015 | BELL TAD<br>%MCCREARY VESELKA BRAGG & ALLE<br>PO BOX 26990<br>AUSTIN TX 78755 | 028055 | 95429<br>Classification: SECURED<br>Comment: 00/01/03/04 TAXES | 2475.78 | .00 | 12.00% |
| 0002 | COMPASS BANK<br>%ASCENSION CAPITAL GROUP LTD<br>PO BOX 201347<br>ARLINGTON TX 76006 | 422383 | 0061373470<br>Classification: PAY DIRECT W/DBTR AS DIRECT PAY<br>Comment: HOMESTEAD | 21070.74 | 262.00 | .00% |
| 0003 | COMPASS BANK<br>%ASCENSION CAPITAL GROUP LTD<br>PO BOX 201347<br>ARLINGTON TX 76006 | 422383 | 0061373470<br>Classification: ARREARAGE<br>Comment: HOMESTEAD | 1909.66 | .00 | 10.00% |

| Claim No. | Creditor Name and Address | Creditor No. | Account No. | Amount | Per Mo | Interest % |
|---|---|---|---|---|---|---|
| 0004 | DITECH COM<br>PO BOX 79135<br>PHOENIX AZ  85062-9135 | 491679<br>Classification: PAY DIRECT W/DBTR AS DIRECT PAY<br>Comment: HOMESTEAD | 8127175946 | 10906.04 | 130.79 | .00% |
| 0005 | DITECH COM<br>PO BOX 79135<br>PHOENIX AZ  85062-9135 | 491679<br>Classification: ARREARAGE<br>Comment: HOMESTEAD | 8127175946 | 1600.00 | .00 | 10.50% |
| 0006 | HARLEY-DAVIDSON CREDIT<br>PO BOX 21850<br>BANKRUPTCY DEPT<br>CARSON CITY NV  89706 | 098649<br>Classification: SECURED<br>Comment: 99 HARLEY-DAVIDSON | 20000600984121 | 12645.54 | .00 | 6.00% |
| 0009 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA PA  19114 | 010500<br>Classification: BALANCE DUE ZERO<br>Comment: 03 1040 | 5028 | .00 | .00 | .00% |
| 0017 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA PA  19114 | 010500<br>Classification: UNSECURED PORTION OF<br>Comment: PENALTY | 5028 | 28.95 | .00 | .00% |
| 0014 | MCCREARY VESELKA BRAGG ALLEN<br>PO BOX 26990<br>AUSTIN TX  78755 | 015779<br>Classification: NOTICE ONLY<br>Comment: BELL TAD | | .00 | .00 | .00% |
| 0011 | PERDUE BRANDON FIELDER COLLINS<br>& MOTT LLP<br>PO BOX 817<br>LUBBOCK TX  79408-0817 | 095799<br>Classification: NOTICE ONLY<br>Comment: | | .00 | .00 | .00% |
| 0007 | SCURRY COUNTY TAX OFFICE<br>C/O LAURA J MONROE<br>PO BOX 817<br>LUBBOCK TX  79408-0817 | 101799<br>Classification: SECURED<br>Comment: 88-92 94-04 TAXES | 010208400000201320 | 630.37 | .00 | 12.00% |
| 0013 | UNITED STATES ATTORNEY<br>IRS<br>601 NW LOOP 410 #600<br>SAN ANTONIO TX  78216-5512 | 497883<br>Classification: NOTICE ONLY<br>Comment: | | .00 | .00 | .00% |

Pursuant to 11 U.S.C. 502(a), Rule 3007, and the Standing Order for Chapter13 case administration for Waco and Austin Divisions, the claims which have been filed as stated above have been deemed allowed and valued or "not filed" as set forth above, for purposes of distribution and the "FILED" claims shall be paid by the Trustee.

/s/ Ray Hendren
_____
RAY HENDREN CH13 TRUSTEE
101 E 9TH STREET          Austin (512) 474-6309
SUITE 1200                Waco (254) 755-0277
AUSTIN TX 78701-2402      Killeen (254) 634-1651

###